**SHA-1 Hash:** 2CB00C235792C6D9BF5EFD3373043B163AAB2F03     **Title** Young and Hot
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.1.13.173 | 6/6/2012 20:06 | Matteson | IL | Comcast Cable | BitTorrent |
| 2 | 24.1.200.246 | 6/21/2012 19:01 | Rolling Meadows | IL | Comcast Cable | BitTorrent |
| 3 | 24.1.22.218 | 8/4/2012 6:27 | Elgin | IL | Comcast Cable | BitTorrent |
| 4 | 24.12.120.108 | 6/26/2012 4:56 | Lake Villa | IL | Comcast Cable | BitTorrent |
| 5 | 24.12.164.73 | 7/4/2012 1:38 | Antioch | IL | Comcast Cable | BitTorrent |
| 6 | 24.12.210.180 | 8/4/2012 18:10 | Skokie | IL | Comcast Cable | BitTorrent |
| 7 | 24.13.155.115 | 6/9/2012 17:40 | Schaumburg | IL | Comcast Cable | BitTorrent |
| 8 | 24.13.196.232 | 7/3/2012 22:02 | Vernon Hills | IL | Comcast Cable | BitTorrent |
| 9 | 24.13.41.131 | 6/13/2012 3:35 | Mount Prospect | IL | Comcast Cable | BitTorrent |
| 10 | 24.13.42.36 | 6/11/2012 0:11 | Mount Prospect | IL | Comcast Cable | BitTorrent |
| 11 | 24.13.60.247 | 8/5/2012 9:06 | Saint Charles | IL | Comcast Cable | BitTorrent |
| 12 | 24.14.190.232 | 6/8/2012 3:30 | Glen Ellyn | IL | Comcast Cable | BitTorrent |
| 13 | 24.14.191.77 | 6/21/2012 7:00 | Glen Ellyn | IL | Comcast Cable | BitTorrent |
| 14 | 24.14.34.61 | 6/19/2012 3:59 | Evanston | IL | Comcast Cable | BitTorrent |
| 15 | 24.15.159.29 | 6/15/2012 16:17 | Joliet | IL | Comcast Cable | BitTorrent |
| 16 | 24.15.184.118 | 6/8/2012 5:15 | Downers Grove | IL | Comcast Cable | BitTorrent |
| 17 | 24.15.190.131 | 6/30/2012 1:00 | Downers Grove | IL | Comcast Cable | BitTorrent |
| 18 | 50.140.163.192 | 7/19/2012 17:20 | Wheaton | IL | Comcast Cable | BitTorrent |
| 19 | 50.140.171.33 | 6/16/2012 16:13 | Darien | IL | Comcast Cable | BitTorrent |
| 20 | 67.162.55.224 | 6/8/2012 3:51 | Bartlett | IL | Comcast Cable | BitTorrent |
| 21 | 67.163.4.217 | 6/13/2012 6:52 | Dekalb | IL | Comcast Cable | BitTorrent |

EXHIBIT A

NIL13

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 22 | 67.167.217.218 | 7/5/2012 5:03 | Saint Charles | IL | Comcast Cable | BitTorrent |
| 23 | 67.167.236.39 | 7/15/2012 6:04 | Northbrook | IL | Comcast Cable | BitTorrent |
| 24 | 67.175.219.135 | 6/11/2012 16:57 | Dekalb | IL | Comcast Cable | BitTorrent |
| 25 | 67.177.177.50 | 6/8/2012 0:25 | Freeport | IL | Comcast Cable | BitTorrent |
| 26 | 67.184.108.205 | 6/8/2012 15:58 | Mchenry | IL | Comcast Cable | BitTorrent |
| 27 | 67.184.2.222 | 6/29/2012 21:07 | Lisle | IL | Comcast Cable | BitTorrent |
| 28 | 67.184.221.195 | 6/25/2012 3:49 | Round Lake | IL | Comcast Cable | BitTorrent |
| 29 | 67.184.40.62 | 6/22/2012 1:48 | Naperville | IL | Comcast Cable | BitTorrent |
| 30 | 67.184.82.158 | 7/26/2012 16:02 | Roselle | IL | Comcast Cable | BitTorrent |
| 31 | 68.60.240.162 | 6/23/2012 6:11 | Darien | IL | Comcast Cable | BitTorrent |
| 32 | 69.136.4.150 | 7/21/2012 11:25 | Cicero | IL | Comcast Cable | BitTorrent |
| 33 | 71.194.120.150 | 7/14/2012 23:33 | Palatine | IL | Comcast Cable | BitTorrent |
| 34 | 71.194.250.29 | 7/25/2012 8:48 | Montgomery | IL | Comcast Cable | BitTorrent |
| 35 | 71.194.7.226 | 6/12/2012 22:56 | Aurora | IL | Comcast Cable | BitTorrent |
| 36 | 71.201.18.96 | 7/20/2012 12:39 | Dixon | IL | Comcast Cable | BitTorrent |
| 37 | 71.239.166.203 | 6/10/2012 22:04 | Peotone | IL | Comcast Cable | BitTorrent |
| 38 | 71.239.8.198 | 6/21/2012 3:12 | Kankakee | IL | Comcast Cable | BitTorrent |
| 39 | 76.16.176.10 | 7/19/2012 13:29 | Romeoville | IL | Comcast Cable | BitTorrent |
| 40 | 76.16.193.141 | 8/1/2012 23:09 | Buffalo Grove | IL | Comcast Cable | BitTorrent |
| 41 | 76.29.126.43 | 7/29/2012 21:30 | Waukegan | IL | Comcast Cable | BitTorrent |
| 42 | 76.29.22.195 | 6/17/2012 10:13 | Niles | IL | Comcast Cable | BitTorrent |
| 43 | 98.214.21.253 | 7/27/2012 3:14 | Freeport | IL | Comcast Cable | BitTorrent |
| 44 | 98.220.224.142 | 7/23/2012 4:21 | Des Plaines | IL | Comcast Cable | BitTorrent |

EXHIBIT A

NIL13

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 45 | 98.220.232.135 | 7/27/2012 0:39 | Evanston | IL | Comcast Cable | BitTorrent |
| 46 | 98.227.200.237 | 7/14/2012 13:14 | Palatine | IL | Comcast Cable | BitTorrent |
| 47 | 98.253.108.28 | 6/28/2012 17:29 | Forest Park | IL | Comcast Cable | BitTorrent |
| 48 | 98.253.111.81 | 6/7/2012 3:30 | Forest Park | IL | Comcast Cable | BitTorrent |
| 49 | 69.47.22.190 | 6/16/2012 22:37 | Arlington Heights | IL | WideOpenWest | BitTorrent |

EXHIBIT A

NIL13