# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

## I. (a) PLAINTIFFS
MALIBU MEDIA, LLC.

## DEFENDANTS
JOHN DOES 1-49

**(b)** County of Residence of First Listed Plaintiff: Los Angeles County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Cook County
NOTE: In land condemnation cases, use the location of the tract of land involved.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Nicoletti & Associates, PLLC, 36880 Woodward Avenue, Suite 100, Bloomfield Hills, MI 48304, (248)203-7800

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
■ 3 Federal Question *(U.S. Government Not a Party)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

## IV. NATURE OF SUIT
■ 820 Copyrights

## V. ORIGIN
■ 1 Original Proceeding

## VI. CAUSE OF ACTION
17 U.S.C. § 101 - Copyright Infringement

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

## VIII. REQUESTED IN COMPLAINT:
DEMAND $ 150,000
JURY DEMAND: ■ Yes  ☐ No

## IX. This case (check one box)
■ is not a refiling of a previously dismissed action
☐ is a refiling of case number _____ previously dismissed by Judge _____

Date _____   Signature of Attorney of Record _____