# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Malibu Media, LLC

                          Plaintiff,

v.                                             Case No.: 1:12–cv–06676
                                                Honorable Robert M. Dow Jr.

John Does 1–49

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 24, 2012:

      MINUTE entry before Honorable Robert M. Dow, Jr: Pursuant to Fed.R.Civ.P. 4l(a)(a)(A)(i), Plaintiff voluntarily dismisses [11] Defendant John Doe 31 with prejudice. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.