# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff **Malibu v Malibu LLC**

v.

**Does 1-49**
Defendant

Case Number: 12-CV-06676

Judge: Robert M Dow Jr

**FILED**
OCT 24 2012
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

## NOTICE OF MOTION

TO: Nicoletti & Associates
36880 Woodward Ave Suite 100
Bloomfield Hills, MI 48304

**PLEASE TAKE NOTICE** that on October 30th at 9:15 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Robert M Dow Jr or any judge sitting in his or her stead in **Courtroom 319** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Motion to dismiss or Sever for Misjoinder + Motion to Quash the Subpoena

## CERTIFICATE OF SERVICE

I hereby certify that on Oct 24, 2012, I provided service to the person or persons listed above by the following means: In person

Signature: John Doe #34     Date: 10/24/12

Name (Print): John Doe #34

Address: Jdoe34malibu@hotmail.com     Phone: _____