EXHIBIT "B"



**All Court Types Party Search**
Wed Oct 24 14:49:48 2012
358 records found

**User:** ng0739 P
**Client:** McClusky
**Search:** All Court Types Party Search Name Malibu Media All Courts Page: 1

**Civil Results**

| | Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 1 | Malibu Media (pla) | codce | 1:2012-cv-00845 | 820 | 04/03/2012 | 08/31/2012 |
| 2 | MALIBU MEDIA , LLC (pla) | njdce | 2:2012-cv-04702 | 820 | 07/26/2012 | |
| 3 | Malibu Media Inc (dft) | cacdce | 2:1996-cv-01473 | 890 | 03/01/1996 | 10/04/1996 |
| 4 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-01647 | 820 | 02/27/2012 | |
| 5 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-01642 | 820 | 02/27/2012 | |
| 6 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-01675 | 820 | 02/28/2012 | 07/11/2012 |
| 7 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-03614 | 820 | 04/26/2012 | |
| 8 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-03615 | 820 | 04/26/2012 | |
| 9 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-03617 | 820 | 04/26/2012 | |
| 10 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-03619 | 820 | 04/26/2012 | |
| 11 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-03620 | 820 | 04/26/2012 | |
| 12 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-03621 | 820 | 04/26/2012 | |
| 13 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-03622 | 820 | 04/26/2012 | |
| 14 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-03623 | 820 | 04/26/2012 | |
| 15 | Malibu Media LLC (pla) | cacdce | 8:2012-cv-00647 | 820 | 04/26/2012 | |
| 16 | Malibu Media LLC (pla) | cacdce | 8:2012-cv-00649 | 820 | 04/26/2012 | |
| 17 | Malibu Media LLC (pla) | cacdce | 8:2012-cv-00650 | 820 | 04/26/2012 | |
| 18 | Malibu Media LLC (pla) | cacdce | 8:2012-cv-00651 | 820 | 04/26/2012 | |
| 19 | Malibu Media LLC (pla) | cacdce | 8:2012-cv-00652 | 820 | 04/26/2012 | |
| 20 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04653 | 820 | 05/29/2012 | |
| 21 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04651 | 820 | 05/29/2012 | |
| 22 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04654 | 820 | 05/29/2012 | |
| 23 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04656 | 820 | 05/29/2012 | |
| 24 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04650 | 820 | 05/29/2012 | |
| 25 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-05592 | 820 | 06/27/2012 | |
| 26 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-05593 | 820 | 06/27/2012 | |
| 27 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-05594 | 820 | 06/27/2012 | |
| 28 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-05595 | 820 | 06/27/2012 | |
| 29 | Malibu Media LLC (pla) | miedce | 2:2012-cv-13668 | 820 | 08/19/2012 | |
| 30 | Malibu Media LLC (pla) | miedce | 2:2012-cv-13669 | 820 | 08/19/2012 | |
| 31 | Malibu Media LLC (pla) | miedce | 2:2012-cv-13887 | 820 | 09/01/2012 | |
| 32 | Malibu Media LLC (pla) | miedce | 2:2012-cv-14105 | 820 | 09/14/2012 | |
| 33 | Malibu Media, Inc. (pla) | nysdce | 1:2012-cv-02960 | 840 | 04/13/2012 | 10/22/2012 |
| 34 | Malibu Media, Inc. (pla) | nysdce | 7:2012-cv-03823 | 820 | 05/14/2012 | |
| 35 | Malibu Media, LLC (pla) | caedce | 2:2012-cv-01255 | 820 | 05/10/2012 | |
| 36 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-05596 | 820 | 06/27/2012 | |
| 37 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-07759 | 820 | 09/11/2012 | |
| 38 | Malibu Media LLC (pla) | cacdce | 5:2012-cv-01550 | 820 | 09/11/2012 | |
| 39 | MALIBU MEDIA LLC (pla) | flndce | 4:2012-cv-00336 | 820 | 07/11/2012 | |
| 40 | MALIBU MEDIA LLC (pla) | flndce | 4:2012-cv-00337 | 820 | 07/11/2012 | |
| 41 | MALIBU MEDIA LLC (pla) | flndce | 1:2012-cv-00156 | 820 | 07/11/2012 | |
| 42 | MALIBU MEDIA LLC (pla) | flndce | 1:2012-cv-00217 | 820 | 09/24/2012 | |
| 43 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04658 | 820 | 05/29/2012 | |
| 44 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04657 | 820 | 05/29/2012 | |
| 45 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04652 | 820 | 05/29/2012 | |
| 46 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04649 | 820 | 05/29/2012 | |
| 47 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04662 | 820 | 05/29/2012 | |
| 48 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04660 | 820 | 05/29/2012 | |
| 49 | Malibu Media LLC (pla) | cacdce | 2:2012-cv-04661 | 820 | 05/29/2012 | |
| 50 | Malibu Media, LLC (pla) | codce | 1:2012-cv-00409 | 820 | 02/15/2012 | |
| 51 | Malibu Media, LLC (pla) | codce | 1:2012-cv-00834 | 820 | 04/02/2012 | |
| 52 | Malibu Media, LLC (pla) | codce | 1:2012-cv-00835 | 820 | 04/02/2012 | |
| 53 | Malibu Media, LLC (pla) | codce | 1:2012-cv-00836 | 820 | 04/03/2012 | |
| 54 | Malibu Media, LLC (pla) | codce | 1:2012-cv-00837 | 820 | 04/03/2012 | 08/01/2012 |



**All Court Types Party Search**
Wed Oct 24 14:49:48 2012
358 records found

**User:** ng0739 P
**Client:** McClusky
**Search:** All Court Types Party Search Name Malibu Media All Courts Page: 2

**Civil Results**

| | Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 55 | Malibu Media, LLC (pla) | codce | 1:2012-cv-00839 | 820 | 04/03/2012 | 08/01/2012 |
| 56 | Malibu Media, LLC (pla) | codce | 1:2012-cv-00840 | 820 | 04/03/2012 | |
| 57 | Malibu Media, LLC (pla) | caedce | 2:2012-cv-01260 | 820 | 05/10/2012 | |
| 58 | Malibu Media, LLC (pla) | caedce | 2:2012-cv-01261 | 820 | 05/10/2012 | |
| 59 | Malibu Media, LLC (pla) | caedce | 2:2012-cv-01262 | 820 | 05/10/2012 | |
| 60 | Malibu Media, LLC (pla) | caedce | 2:2012-cv-01459 | 820 | 05/29/2012 | |
| 61 | Malibu Media, LLC (pla) | caedce | 1:2012-cv-00886 | 820 | 05/29/2012 | |
| 62 | Malibu Media, LLC (pla) | caedce | 1:2012-cv-00888 | 820 | 05/29/2012 | |
| 63 | Malibu Media, LLC (pla) | caedce | 2:2012-cv-01513 | 820 | 06/05/2012 | |
| 64 | Malibu Media, LLC (pla) | caedce | 2:2012-cv-01514 | 820 | 06/05/2012 | |
| 65 | Malibu Media, LLC (pla) | caedce | 2:2012-cv-02007 | 820 | 07/31/2012 | |
| 66 | Malibu Media, LLC (pla) | caedce | 2:2012-cv-02480 | 820 | 05/29/2012 | |
| 67 | Malibu Media, LLC (pla) | caedce | 2:2012-cv-02481 | 820 | 05/29/2012 | |
| 68 | Malibu Media, LLC (pla) | casdce | 3:2012-cv-00362 | 820 | 02/09/2012 | |
| 69 | Malibu Media, LLC (pla) | casdce | 3:2012-cv-01049 | 820 | 04/30/2012 | |
| 70 | Malibu Media, LLC (pla) | casdce | 3:2012-cv-01052 | 820 | 04/30/2012 | |
| 71 | Malibu Media LLC (pla) | ilcdce | 2:2012-cv-02159 | 820 | 06/14/2012 | |
| 72 | Malibu Media LLC (pla) | ilcdce | 2:2012-cv-02211 | 820 | 08/11/2012 | |
| 73 | Malibu Media LLC (pla) | inndce | 2:2012-cv-00294 | 820 | 07/30/2012 | |
| 74 | Malibu Media LLC (pla) | inndce | 1:2012-cv-00263 | 820 | 07/30/2012 | |
| 75 | Malibu Media LLC (pla) | miedce | 2:2012-cv-12584 | 820 | 06/14/2012 | |
| 76 | Malibu Media LLC (pla) | miedce | 2:2012-cv-12586 | 820 | 06/14/2012 | |
| 77 | Malibu Media LLC (pla) | miedce | 2:2012-cv-12587 | 820 | 06/14/2012 | |
| 78 | Malibu Media, LLC (pla) | casdce | 3:2012-cv-01355 | 820 | 06/05/2012 | |
| 79 | Malibu Media, LLC (pla) | casdce | 3:2012-cv-01357 | 820 | 06/05/2012 | |
| 80 | Malibu Media, LLC (pla) | casdce | 3:2012-cv-01370 | 820 | 06/06/2012 | |
| 81 | Malibu Media, LLC (pla) | casdce | 3:2012-cv-01372 | 820 | 06/06/2012 | |
| 82 | Malibu Media, LLC (pla) | casdce | 3:2012-cv-01847 | 820 | 07/27/2012 | |
| 83 | Malibu Media, LLC (cd) | codce | 1:2012-cv-00409 | 820 | 02/15/2012 | |
| 84 | Malibu Media, LLC (cd) | codce | 1:2012-cv-00886 | 820 | 04/04/2012 | |
| 85 | Malibu Media, LLC (pla) | codce | 1:2012-cv-00843 | 820 | 04/03/2012 | |
| 86 | Malibu Media, LLC (pla) | codce | 1:2012-cv-00846 | 820 | 04/03/2012 | 08/02/2012 |
| 87 | Malibu Media, LLC (pla) | codce | 1:2012-cv-00885 | 820 | 04/04/2012 | 08/02/2012 |
| 88 | Malibu Media, LLC (pla) | codce | 1:2012-cv-00886 | 820 | 04/04/2012 | |
| 89 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01386 | 890 | 05/29/2012 | 06/20/2012 |
| 90 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01394 | 820 | 05/30/2012 | |
| 91 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01395 | 820 | 05/30/2012 | 09/26/2012 |
| 92 | Malibu Media LLC (pla) | miedce | 2:2012-cv-12591 | 820 | 06/14/2012 | |
| 93 | Malibu Media LLC (pla) | miedce | 2:2012-cv-12593 | 820 | 06/14/2012 | |
| 94 | Malibu Media LLC (pla) | miedce | 2:2012-cv-12597 | 820 | 06/14/2012 | |
| 95 | Malibu Media LLC (pla) | miedce | 4:2012-cv-12598 | 820 | 06/14/2012 | |
| 96 | Malibu Media LLC (pla) | miedce | 2:2012-cv-13311 | 820 | 07/26/2012 | |
| 97 | Malibu Media LLC (pla) | miedce | 2:2012-cv-13312 | 820 | 07/26/2012 | |
| 98 | Malibu Media LLC (pla) | miedce | 2:2012-cv-13667 | 820 | 08/18/2012 | |
| 99 | Malibu Media, LLC (pla) | casdce | 3:2012-cv-01054 | 820 | 04/30/2012 | |
| 100 | Malibu Media, LLC (pla) | casdce | 3:2012-cv-01051 | 820 | 04/30/2012 | |
| 101 | Malibu Media, LLC (pla) | casdce | 3:2012-cv-01056 | 820 | 04/30/2012 | 08/16/2012 |
| 102 | Malibu Media, LLC (pla) | casdce | 3:2012-cv-01059 | 820 | 04/30/2012 | 09/07/2012 |
| 103 | Malibu Media, LLC (pla) | casdce | 3:2012-cv-01061 | 820 | 04/30/2012 | |
| 104 | Malibu Media, LLC (pla) | casdce | 3:2012-cv-01135 | 820 | 05/09/2012 | |
| 105 | Malibu Media, LLC (pla) | casdce | 3:2012-cv-01354 | 820 | 06/05/2012 | |
| 106 | Malibu Media, LLC (pla) | codce | 1:2012-cv-00397 | 820 | 02/15/2012 | 06/07/2012 |
| 107 | Malibu Media, LLC (pla) | codce | 1:2012-cv-00399 | 820 | 02/15/2012 | 06/15/2012 |
| 108 | Malibu Media, LLC (pla) | codce | 1:2012-cv-00402 | 820 | 02/15/2012 | 10/02/2012 |



**All Court Types Party Search**
Wed Oct 24 14:49:48 2012
358 records found

**User:** ng0739 P
**Client:** McClusky
**Search:** All Court Types Party Search Name Malibu Media All Courts Page: 3

**Civil Results**

| | Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 109 | Malibu Media, LLC (pla) | codce | 1:2012-cv-00405 | 820 | 02/15/2012 | |
| 110 | Malibu Media, LLC (pla) | codce | 1:2012-cv-00406 | 820 | 02/15/2012 | 08/01/2012 |
| 111 | Malibu Media, LLC (pla) | codce | 1:2012-cv-00407 | 820 | 02/15/2012 | 10/04/2012 |
| 112 | Malibu Media, LLC (pla) | codce | 1:2012-cv-00408 | 820 | 02/15/2012 | 07/31/2012 |
| 113 | Malibu Media, LLC (pla) | codce | 1:2012-cv-02599 | 820 | 09/30/2012 | |
| 114 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-00237 | 820 | 02/10/2012 | |
| 115 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-00235 | 820 | 02/10/2012 | |
| 116 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-00233 | 820 | 02/10/2012 | 06/07/2012 |
| 117 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-00761 | 820 | 05/13/2012 | 10/05/2012 |
| 118 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-00762 | 820 | 05/13/2012 | 10/11/2012 |
| 119 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-00763 | 820 | 05/13/2012 | |
| 120 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01404 | 820 | 05/30/2012 | 08/11/2012 |
| 121 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01405 | 820 | 05/30/2012 | 09/26/2012 |
| 122 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01406 | 820 | 05/30/2012 | |
| 123 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01407 | 820 | 05/30/2012 | 09/26/2012 |
| 124 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01408 | 820 | 05/30/2012 | |
| 125 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01522 | 820 | 06/12/2012 | 10/03/2012 |
| 126 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01692 | 890 | 06/27/2012 | |
| 127 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01873 | 820 | 07/18/2012 | 10/16/2012 |
| 128 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01874 | 820 | 07/18/2012 | 07/19/2012 |
| 129 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01875 | 820 | 07/18/2012 | |
| 130 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01876 | 820 | 07/18/2012 | |
| 131 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01953 | 820 | 07/27/2012 | |
| 132 | Malibu Media, LLC (pla) | codce | 1:2012-cv-02069 | 820 | 08/06/2012 | |
| 133 | Malibu Media, LLC (pla) | codce | 1:2012-cv-02070 | 820 | 08/06/2012 | |
| 134 | Malibu Media, LLC (pla) | flmdce | 8:2012-cv-00669 | 820 | 03/28/2012 | 09/14/2012 |
| 135 | Malibu Media, LLC (pla) | flmdce | 3:2012-cv-00338 | 820 | 03/28/2012 | 08/17/2012 |
| 136 | Malibu Media, LLC (pla) | flmdce | 2:2012-cv-00177 | 820 | 03/28/2012 | |
| 137 | Malibu Media, LLC (pla) | flmdce | 2:2012-cv-00178 | 820 | 03/28/2012 | |
| 138 | Malibu Media, LLC (pla) | flmdce | 2:2012-cv-00266 | 820 | 05/15/2012 | |
| 139 | Malibu Media, LLC (pla) | flmdce | 3:2012-cv-00575 | 820 | 05/15/2012 | |
| 140 | Malibu Media, LLC (pla) | flmdce | 8:2012-cv-01077 | 820 | 05/15/2012 | |
| 141 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01866 | 820 | 07/18/2012 | |
| 142 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01867 | 820 | 07/18/2012 | |
| 143 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01868 | 820 | 07/18/2012 | |
| 144 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01869 | 820 | 07/18/2012 | 10/15/2012 |
| 145 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01870 | 820 | 07/18/2012 | |
| 146 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01871 | 820 | 07/18/2012 | |
| 147 | Malibu Media, LLC (pla) | codce | 1:2012-cv-01872 | 820 | 07/18/2012 | |
| 148 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-00764 | 820 | 05/13/2012 | |
| 149 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-00765 | 820 | 05/13/2012 | |
| 150 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-00766 | 820 | 05/13/2012 | 08/31/2012 |
| 151 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-00972 | 820 | 06/14/2012 | |
| 152 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-01118 | 820 | 07/09/2012 | |
| 153 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-01119 | 820 | 07/09/2012 | |
| 154 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-01121 | 820 | 07/09/2012 | |
| 155 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-01200 | 820 | 07/23/2012 | |
| 156 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-01330 | 820 | 08/11/2012 | |
| 157 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-01331 | 820 | 08/11/2012 | |
| 158 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-01380 | 820 | 08/22/2012 | |
| 159 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-01382 | 820 | 08/22/2012 | |
| 160 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-01390 | 820 | 08/23/2012 | |
| 161 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-01392 | 820 | 08/23/2012 | |
| 162 | Malibu Media, LLC (pla) | codce | 1:2012-cv-02071 | 820 | 08/06/2012 | |



**All Court Types Party Search**
Wed Oct 24 14:49:48 2012
358 records found

**User:** ng0739 P
**Client:** McClusky
**Search:** All Court Types Party Search Name Malibu Media All Courts Page: 4

**Civil Results**

| | Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 163 | Malibu Media, LLC (pla) | codce | 1:2012-cv-02392 | 820 | 09/09/2012 | |
| 164 | Malibu Media, LLC (pla) | codce | 1:2012-cv-02393 | 820 | 09/09/2012 | |
| 165 | Malibu Media, LLC (pla) | codce | 1:2012-cv-02549 | 820 | 09/25/2012 | |
| 166 | Malibu Media, LLC (pla) | codce | 1:2012-cv-02595 | 820 | 09/30/2012 | |
| 167 | Malibu Media, LLC (pla) | codce | 1:2012-cv-02597 | 820 | 09/30/2012 | |
| 168 | Malibu Media, LLC (pla) | codce | 1:2012-cv-02598 | 820 | 09/30/2012 | |
| 169 | Malibu Media, LLC (pla) | flmdce | 8:2012-cv-01074 | 820 | 05/15/2012 | |
| 170 | Malibu Media, LLC (pla) | flmdce | 8:2012-cv-01076 | 820 | 05/15/2012 | |
| 171 | Malibu Media, LLC (pla) | flmdce | 8:2012-cv-01075 | 820 | 05/15/2012 | |
| 172 | Malibu Media, LLC (pla) | flmdce | 2:2012-cv-00267 | 820 | 05/15/2012 | |
| 173 | Malibu Media, LLC (pla) | flmdce | 8:2012-cv-01419 | 820 | 06/27/2012 | |
| 174 | Malibu Media, LLC (pla) | flmdce | 8:2012-cv-01417 | 820 | 06/27/2012 | |
| 175 | Malibu Media, LLC (pla) | flmdce | 8:2012-cv-01420 | 820 | 06/27/2012 | |
| 176 | Malibu Media, LLC (pla) | flmdce | 8:2012-cv-02301 | 820 | 10/10/2012 | |
| 177 | Malibu Media, LLC (pla) | flmdce | 3:2012-cv-01100 | 820 | 10/10/2012 | |
| 178 | Malibu Media, LLC (pla) | flmdce | 2:2012-cv-00558 | 820 | 10/10/2012 | |
| 179 | Malibu Media, LLC (pla) | flsdce | 2:2012-cv-14171 | 820 | 05/11/2012 | 07/23/2012 |
| 180 | Malibu Media, LLC (pla) | flsdce | 9:2012-cv-80512 | 820 | 05/11/2012 | |
| 181 | Malibu Media, LLC (pla) | flsdce | 1:2012-cv-22767 | 820 | 07/27/2012 | |
| 182 | Malibu Media, LLC (pla) | flsdce | 1:2012-cv-22768 | 820 | 07/27/2012 | |
| 183 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-01393 | 820 | 08/23/2012 | |
| 184 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-01579 | 820 | 09/23/2012 | |
| 185 | MALIBU MEDIA, LLC (pla) | dcdce | 1:2012-cv-01580 | 820 | 09/23/2012 | |
| 186 | Malibu Media, LLC (pla) | flmdce | 3:2012-cv-00340 | 820 | 03/28/2012 | 08/31/2012 |
| 187 | Malibu Media, LLC (pla) | flmdce | 3:2012-cv-00336 | 820 | 03/28/2012 | 08/29/2012 |
| 188 | Malibu Media, LLC (pla) | flmdce | 3:2012-cv-00335 | 820 | 03/28/2012 | |
| 189 | Malibu Media, LLC (pla) | flmdce | 5:2012-cv-00159 | 820 | 03/28/2012 | 08/30/2012 |
| 190 | Malibu Media, LLC (pla) | flmdce | 8:2012-cv-01421 | 820 | 06/27/2012 | |
| 191 | Malibu Media, LLC (pla) | flmdce | 8:2012-cv-01418 | 820 | 06/27/2012 | |
| 192 | Malibu Media, LLC (pla) | flmdce | 8:2012-cv-01665 | 820 | 07/26/2012 | |
| 193 | Malibu Media, LLC (pla) | flmdce | 8:2012-cv-01666 | 820 | 07/26/2012 | |
| 194 | Malibu Media, LLC (pla) | flmdce | 8:2012-cv-01667 | 820 | 07/26/2012 | |
| 195 | Malibu Media, LLC (pla) | flmdce | 8:2012-cv-01764 | 820 | 08/06/2012 | |
| 196 | Malibu Media, LLC (pla) | flmdce | 8:2012-cv-01767 | 820 | 08/06/2012 | |
| 197 | Malibu Media, LLC (pla) | ilndce | 1:2012-cv-04675 | 820 | 06/14/2012 | |
| 198 | Malibu Media, LLC (pla) | ilndce | 1:2012-cv-04676 | 820 | 06/14/2012 | |
| 199 | Malibu Media, LLC (pla) | ilndce | 1:2012-cv-04680 | 820 | 06/14/2012 | |
| 200 | Malibu Media, LLC (pla) | ilndce | 1:2012-cv-06672 | 820 | 08/20/2012 | |
| 201 | Malibu Media, LLC (pla) | ilndce | 1:2012-cv-06673 | 820 | 08/20/2012 | |
| 202 | Malibu Media, LLC (pla) | ilndce | 1:2012-cv-06674 | 820 | 08/21/2012 | |
| 203 | Malibu Media, LLC (pla) | ilndce | 1:2012-cv-06675 | 820 | 08/21/2012 | |
| 204 | Malibu Media, LLC (pla) | flmdce | 2:2012-cv-00425 | 820 | 08/06/2012 | |
| 205 | Malibu Media, LLC (pla) | flmdce | 2:2012-cv-00426 | 820 | 08/06/2012 | |
| 206 | Malibu Media, LLC (pla) | flmdce | 8:2012-cv-01822 | 820 | 08/13/2012 | |
| 207 | Malibu Media, LLC (pla) | flmdce | 8:2012-cv-01823 | 820 | 08/13/2012 | |
| 208 | Malibu Media, LLC (pla) | flmdce | 2:2012-cv-00444 | 820 | 08/13/2012 | |
| 209 | Malibu Media, LLC (pla) | flmdce | 8:2012-cv-01821 | 820 | 08/13/2012 | |
| 210 | Malibu Media, LLC (pla) | flmdce | 5:2012-cv-00522 | 820 | 09/19/2012 | |
| 211 | Malibu Media, LLC (pla) | nyedce | 2:2012-cv-01149 | 820 | 03/08/2012 | 07/09/2012 |
| 212 | Malibu Media, LLC (pla) | nyedce | 2:2012-cv-01150 | 820 | 03/08/2012 | 07/24/2012 |
| 213 | Malibu Media, LLC (pla) | nyedce | 2:2012-cv-01156 | 820 | 03/08/2012 | |
| 214 | Malibu Media, LLC (pla) | nysdce | 1:2012-cv-02951 | 820 | 04/13/2012 | |
| 215 | Malibu Media, LLC (pla) | nysdce | 1:2012-cv-02952 | 820 | 04/13/2012 | |
| 216 | Malibu Media, LLC (pla) | nysdce | 1:2012-cv-02953 | 840 | 04/13/2012 | 08/14/2012 |



**All Court Types Party Search**
Wed Oct 24 14:49:48 2012
358 records found

**User:** ng0739 P
**Client:** McClusky
**Search:** All Court Types Party Search Name Malibu Media All Courts Page: 5

**Civil Results**

| | Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 217 | Malibu Media, LLC (pla) | nysdce | 1:2012-cv-02954 | 820 | 04/13/2012 | 09/27/2012 |
| 218 | Malibu Media, LLC (pla) | ilcdce | 3:2012-cv-03160 | 820 | 06/14/2012 | |
| 219 | Malibu Media, LLC (pla) | ilcdce | 1:2012-cv-01188 | 820 | 06/14/2012 | |
| 220 | Malibu Media, LLC (pla) | ilcdce | 1:2012-cv-01189 | 820 | 06/14/2012 | |
| 221 | Malibu Media, LLC (pla) | ilcdce | 1:2012-cv-01280 | 820 | 08/11/2012 | |
| 222 | Malibu Media, LLC (pla) | ilcdce | 3:2012-cv-03211 | 820 | 08/11/2012 | |
| 223 | Malibu Media, LLC (pla) | ilcdce | 1:2012-cv-01342 | 820 | 09/09/2012 | |
| 224 | Malibu Media, LLC (pla) | ilndce | 1:2012-cv-04669 | 820 | 06/14/2012 | |
| 225 | Malibu Media, LLC (pla) | ilndce | 1:2012-cv-06676 | 820 | 08/21/2012 | |
| 226 | Malibu Media, LLC (pla) | ilndce | 1:2012-cv-06677 | 820 | 08/21/2012 | |
| 227 | Malibu Media, LLC (pla) | ilndce | 1:2012-cv-07030 | 820 | 09/01/2012 | |
| 228 | Malibu Media, LLC (pla) | ilndce | 1:2012-cv-07031 | 820 | 09/01/2012 | |
| 229 | Malibu Media, LLC (pla) | ilndce | 1:2012-cv-07577 | 820 | 09/22/2012 | |
| 230 | Malibu Media, LLC (pla) | ilndce | 1:2012-cv-07578 | 820 | 09/22/2012 | |
| 231 | Malibu Media, LLC (pla) | ilndce | 1:2012-cv-07579 | 820 | 09/22/2012 | |
| 232 | Malibu Media, LLC (pla) | nysdce | 1:2012-cv-02955 | 840 | 04/13/2012 | 08/14/2012 |
| 233 | Malibu Media, LLC (pla) | nysdce | 1:2012-cv-02961 | 820 | 04/13/2012 | |
| 234 | Malibu Media, LLC (pla) | nysdce | 1:2012-cv-02950 | 820 | 04/13/2012 | |
| 235 | Malibu Media, LLC (pla) | nysdce | 7:2012-cv-02949 | 820 | 04/13/2012 | |
| 236 | Malibu Media, LLC (pla) | nysdce | 7:2012-cv-03820 | 820 | 05/14/2012 | |
| 237 | Malibu Media, LLC (pla) | nysdce | 7:2012-cv-03825 | 820 | 05/14/2012 | |
| 238 | Malibu Media, LLC (pla) | nysdce | 7:2012-cv-03812 | 820 | 05/14/2012 | |
| 239 | Malibu Media, LLC (pla) | mddce | 8:2012-cv-01194 | 820 | 04/19/2012 | 09/12/2012 |
| 240 | Malibu Media, LLC (pla) | mddce | 8:2012-cv-01195 | 820 | 04/19/2012 | |
| 241 | Malibu Media, LLC (pla) | mddce | 8:2012-cv-01196 | 820 | 04/19/2012 | 08/28/2012 |
| 242 | Malibu Media, LLC (pla) | mddce | 8:2012-cv-01197 | 820 | 04/19/2012 | |
| 243 | Malibu Media, LLC (pla) | mddce | 8:2012-cv-01198 | 820 | 04/19/2012 | |
| 244 | Malibu Media, LLC (pla) | mddce | 8:2012-cv-01199 | 820 | 04/19/2012 | 09/28/2012 |
| 245 | Malibu Media, LLC (pla) | mddce | 8:2012-cv-01200 | 820 | 04/19/2012 | 08/13/2012 |
| 246 | MALIBU MEDIA, LLC (pla) | insdce | 1:2012-cv-00840 | 820 | 06/18/2012 | |
| 247 | MALIBU MEDIA, LLC (pla) | insdce | 1:2012-cv-00841 | 820 | 06/18/2012 | |
| 248 | MALIBU MEDIA, LLC (pla) | insdce | 1:2012-cv-00842 | 820 | 06/18/2012 | |
| 249 | MALIBU MEDIA, LLC (pla) | insdce | 1:2012-cv-00845 | 820 | 06/18/2012 | |
| 250 | MALIBU MEDIA, LLC (pla) | insdce | 1:2012-cv-01115 | 820 | 08/14/2012 | |
| 251 | MALIBU MEDIA, LLC (pla) | insdce | 1:2012-cv-01116 | 820 | 08/14/2012 | |
| 252 | MALIBU MEDIA, LLC (pla) | insdce | 1:2012-cv-01117 | 820 | 08/14/2012 | |
| 253 | Malibu Media, LLC (pla) | nysdce | 7:2012-cv-03810 | 820 | 05/14/2012 | |
| 254 | Malibu Media, LLC (pla) | nysdce | 7:2012-cv-03818 | 820 | 05/14/2012 | |
| 255 | Malibu Media, LLC (pla) | nysdce | 7:2012-cv-03821 | 820 | 05/14/2012 | |
| 256 | Malibu Media, LLC (pla) | nysdce | 1:2012-cv-03995 | 820 | 05/18/2012 | |
| 257 | Malibu Media, LLC (pla) | nysdce | 1:2012-cv-04136 | 820 | 05/24/2012 | |
| 258 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-00664 | 820 | 02/08/2012 | 06/27/2012 |
| 259 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-00665 | 820 | 02/08/2012 | 05/02/2012 |
| 260 | Malibu Media, LLC (pla) | miwdce | 1:2012-cv-00620 | 820 | 06/14/2012 | |
| 261 | Malibu Media, LLC (pla) | miwdce | 1:2012-cv-00621 | 820 | 06/14/2012 | |
| 262 | MALIBU MEDIA, LLC (pla) | njdce | 3:2012-cv-03896 | 820 | 06/26/2012 | |
| 263 | MALIBU MEDIA, LLC (pla) | njdce | 2:2012-cv-03905 | 820 | 06/26/2012 | |
| 264 | MALIBU MEDIA, LLC (pla) | njdce | 1:2012-cv-04703 | 820 | 07/26/2012 | |
| 265 | MALIBU MEDIA, LLC (pla) | njdce | 2:2012-cv-05091 | 820 | 08/13/2012 | |
| 266 | MALIBU MEDIA, LLC (pla) | njdce | 2:2012-cv-05168 | 820 | 08/15/2012 | |
| 267 | Malibu Media, LLC (pla) | mddce | 8:2012-cv-01201 | 820 | 04/19/2012 | 07/23/2012 |
| 268 | Malibu Media, LLC (pla) | mddce | 8:2012-cv-01202 | 820 | 04/19/2012 | 08/17/2012 |
| 269 | Malibu Media, LLC (pla) | mddce | 8:2012-cv-01203 | 820 | 04/19/2012 | 08/15/2012 |
| 270 | Malibu Media, LLC (pla) | mddce | 8:2012-cv-02168 | 820 | 07/23/2012 | |



All Court Types Party Search
Wed Oct 24 14:49:48 2012
358 records found

**User:** ng0739 P
**Client:** McClusky
**Search:** All Court Types Party Search Name Malibu Media All Courts Page: 6

**Civil Results**

| | Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 271 | Malibu Media, LLC (pla) | miwdce | 1:2012-cv-00616 | 820 | 06/14/2012 | |
| 272 | Malibu Media, LLC (pla) | miwdce | 1:2012-cv-00617 | 820 | 06/14/2012 | |
| 273 | Malibu Media, LLC (pla) | miwdce | 1:2012-cv-00619 | 820 | 06/14/2012 | |
| 274 | MALIBU MEDIA, LLC (pla) | insdce | 1:2012-cv-01135 | 820 | 08/15/2012 | |
| 275 | Malibu Media, LLC (dft) | kywdce | 3:2012-cv-00372 | 470 | 07/05/2012 | |
| 276 | Malibu Media, LLC (cd) | mddce | 8:2012-cv-01195 | 820 | 04/19/2012 | |
| 277 | Malibu Media, LLC (cd) | mddce | 8:2012-cv-01198 | 820 | 04/19/2012 | |
| 278 | Malibu Media, LLC (pla) | mddce | 8:2012-cv-01191 | 820 | 04/18/2012 | 08/17/2012 |
| 279 | Malibu Media, LLC (pla) | mddce | 8:2012-cv-01192 | 820 | 04/19/2012 | 08/28/2012 |
| 280 | Malibu Media, LLC (pla) | mddce | 8:2012-cv-01193 | 820 | 04/19/2012 | 08/17/2012 |
| 281 | MALIBU MEDIA, LLC (pla) | njdce | 2:2012-cv-05167 | 820 | 08/14/2012 | |
| 282 | MALIBU MEDIA, LLC (pla) | njdce | 2:2012-cv-06281 | 820 | 10/05/2012 | |
| 283 | MALIBU MEDIA, LLC (pla) | njdce | 2:2012-cv-06345 | 820 | 10/05/2012 | |
| 284 | MALIBU MEDIA, LLC (res) | njdce | 3:2012-mc-00135 | | 08/28/2012 | |
| 285 | Malibu Media, LLC (pla) | nyedce | 2:2012-cv-01146 | 820 | 03/08/2012 | |
| 286 | Malibu Media, LLC (pla) | nyedce | 2:2012-cv-01147 | 820 | 03/08/2012 | |
| 287 | Malibu Media, LLC (pla) | nyedce | 2:2012-cv-01148 | 820 | 03/08/2012 | 07/09/2012 |
| 288 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-00666 | 820 | 02/08/2012 | 07/19/2012 |
| 289 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-00667 | 820 | 02/08/2012 | |
| 290 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-00668 | 820 | 02/08/2012 | 08/03/2012 |
| 291 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-02096 | 820 | 04/19/2012 | |
| 292 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-02095 | 820 | 04/19/2012 | |
| 293 | MALIBU MEDIA, LLC (pla) | paedce | 5:2012-cv-02091 | 820 | 04/19/2012 | 07/24/2012 |
| 294 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-02092 | 820 | 04/19/2012 | 07/12/2012 |
| 295 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-03147 | 820 | 06/04/2012 | |
| 296 | MALIBU MEDIA, LLC (pla) | paedce | 5:2012-cv-03139 | 820 | 06/04/2012 | |
| 297 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-03149 | 820 | 06/04/2012 | |
| 298 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-03958 | 820 | 07/12/2012 | |
| 299 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-03953 | 820 | 07/12/2012 | |
| 300 | MALIBU MEDIA, LLC (pla) | paedce | 5:2012-cv-03959 | 820 | 07/12/2012 | |
| 301 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-04200 | 820 | 07/24/2012 | |
| 302 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-02090 | 820 | 04/19/2012 | |
| 303 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-02077 | 820 | 04/19/2012 | |
| 304 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-02083 | 820 | 04/19/2012 | |
| 305 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-02093 | 820 | 04/19/2012 | 08/17/2012 |
| 306 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-02078 | 820 | 04/19/2012 | |
| 307 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-02084 | 820 | 04/19/2012 | |
| 308 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-02094 | 820 | 04/19/2012 | |
| 309 | MALIBU MEDIA, LLC (pla) | paedce | 5:2012-cv-04818 | 820 | 08/22/2012 | |
| 310 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-04821 | 820 | 08/22/2012 | |
| 311 | MALIBU MEDIA, LLC (pla) | paedce | 5:2012-cv-04822 | 820 | 08/22/2012 | |
| 312 | MALIBU MEDIA, LLC (pla) | paedce | 5:2012-cv-04820 | 820 | 08/22/2012 | |
| 313 | MALIBU MEDIA, LLC (pla) | paedce | 5:2012-cv-04933 | 820 | 08/28/2012 | |
| 314 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-05384 | 820 | 09/20/2012 | |
| 315 | Malibu Media, LLC (pla) | txndce | 6:2012-mc-00007 | | 05/30/2012 | 06/22/2012 |
| 316 | MALIBU MEDIA, LLC (pla) | paedce | 5:2012-cv-02088 | 820 | 04/19/2012 | |
| 317 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-03151 | 820 | 06/04/2012 | |
| 318 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-03144 | 820 | 06/04/2012 | |
| 319 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-03143 | 820 | 06/04/2012 | |
| 320 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-03145 | 820 | 06/04/2012 | |
| 321 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-03142 | 820 | 06/04/2012 | |
| 322 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-03141 | 820 | 06/04/2012 | 10/02/2012 |
| 323 | Malibu Media, LLC (pla) | vaedce | 1:2012-cv-00162 | 820 | 02/17/2012 | 06/19/2012 |
| 324 | Malibu Media, LLC (pla) | vaedce | 1:2012-cv-00164 | 820 | 02/17/2012 | 06/19/2012 |



**All Court Types Party Search**
Wed Oct 24 14:49:48 2012
358 records found

**User:** ng0739 P
**Client:** McClusky
**Search:** All Court Types Party Search Name Malibu Media All Courts Page: 7

**Civil Results**

| | Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 325 | Malibu Media, LLC (pla) | vaedce | 1:2012-cv-00165 | 820 | 02/17/2012 | 06/19/2012 |
| 326 | Malibu Media, LLC (pla) | vaedce | 1:2012-cv-00160 | 820 | 02/17/2012 | 06/19/2012 |
| 327 | Malibu Media, LLC (pla) | vaedce | 1:2012-cv-00166 | 820 | 02/17/2012 | 06/19/2012 |
| 328 | Malibu Media, LLC. (cd) | casdce | 3:2012-cv-00369 | 820 | 02/10/2012 | 10/15/2012 |
| 329 | Malibu Media, LLC. (pla) | casdce | 3:2012-cv-00358 | 830 | 02/09/2012 | 06/15/2012 |
| 330 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-04253 | 820 | 07/26/2012 | |
| 331 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-04322 | 820 | 07/31/2012 | |
| 332 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-04321 | 820 | 07/31/2012 | 08/24/2012 |
| 333 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-04352 | 820 | 08/01/2012 | |
| 334 | MALIBU MEDIA, LLC (pla) | paedce | 5:2012-cv-04442 | 820 | 08/06/2012 | |
| 335 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-04443 | 820 | 08/06/2012 | |
| 336 | MALIBU MEDIA, LLC (pla) | paedce | 2:2012-cv-04444 | 820 | 08/06/2012 | |
| 337 | Malibu Media, LLC (pla) | txndce | 6:2012-mc-00008 | | 05/30/2012 | 06/06/2012 |
| 338 | Malibu Media, LLC (pla) | txndce | 6:2012-mc-00009 | | 07/02/2012 | 07/11/2012 |
| 339 | Malibu Media, LLC (pla) | txndce | 6:2012-mc-00010 | | 07/02/2012 | 07/11/2012 |
| 340 | Malibu Media, LLC (pla) | txndce | 6:2012-mc-00011 | | 07/02/2012 | 07/11/2012 |
| 341 | Malibu Media, LLC (pla) | vaedce | 1:2012-cv-00161 | 820 | 02/17/2012 | 06/19/2012 |
| 342 | Malibu Media, LLC (pla) | vaedce | 1:2012-cv-00159 | 820 | 02/17/2012 | 06/19/2012 |
| 343 | Malibu Media, LLC (pla) | vaedce | 1:2012-cv-00163 | 820 | 02/17/2012 | 06/19/2012 |
| 344 | MALIBU MEDIA, LLC. (pla) | njdce | 3:2012-cv-05102 | 820 | 08/14/2012 | |
| 345 | MALIBU MEDIA, LLC. (pla) | njdce | 2:2012-cv-05169 | 820 | 08/15/2012 | |
| 346 | MALIBU MEDIA, LLC. (pla) | njdce | 3:2012-cv-05720 | 820 | 09/13/2012 | |
| 347 | MALIBU MEDIA, LLC. (res) | njdce | 3:2012-mc-00134 | | 08/06/2012 | |
| 348 | MALIBU MEDIA, LLC. (res) | njdce | 3:2012-mc-00133 | | 08/30/2012 | |
| 349 | Malibu Media, LLC. (pla) | nyedce | 2:2012-mc-00632 | | 10/09/2012 | |
| 350 | Malibu Media, LLC. (pla) | casdce | 3:2012-cv-00369 | 820 | 02/10/2012 | 10/15/2012 |
| 351 | MALIBU MEDIA, LLC. (pla) | njdce | 1:2012-cv-03030 | 890 | 05/22/2012 | 06/29/2012 |
| 352 | MALIBU MEDIA, LLC. (pla) | njdce | 1:2012-cv-03269 | 890 | 05/30/2012 | 06/22/2012 |
| 353 | MALIBU MEDIA, LLC. (pla) | njdce | 3:2012-cv-03900 | 820 | 06/26/2012 | |
| 354 | MALIBU MEDIA, LLC. (pla) | njdce | 3:2012-cv-03898 | 820 | 06/26/2012 | |
| 355 | MALIBU MEDIA, LLC. (pla) | njdce | 3:2012-cv-03899 | 820 | 06/26/2012 | |
| 356 | MALIBU MEDIA, LLC. (pla) | njdce | 1:2012-mc-00161 | | 06/18/2012 | 08/07/2012 |

**Appellate Results**

| | Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 357 | Malibu Media LLC (pty) | 07cae | 12-2662 | 3820 | 07/13/2012 | 09/18/2012 |
| 358 | Malibu Media, LLC (pty) | 09cae | 12-56939 | 3820 | 10/23/2012 | |