# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2012 C 6676 |
| | ) | |
| JOHN DOES 1-49, | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on Tuesday, October 30, 2012 at 9:15 a.m., the undersigned will appear before the Honorable Judge Robert M. Dow, Jr., at 219 South Dearborn Street, Courtroom 1919, Chicago, Illinois, and then and there present for the hearing the attached John Doe No. 35's Motion to Sever and Dismiss and Motion to Quash the Outstanding Subpoena, at which time and place you may appear if you see fit.

/s/     Alan Garrow    .
Attorney for John Doe No. 35

## CERTIFICATE OF SERVICE

     I hereby certify that on October 25, 2012, I provided service to the parties by efiling.

/s/     Alan Garrow    .

Alan Garrow
Nealis & Garrow, P.C.
510 S. Batavia Avenue
Batavia, IL  60510
630-879-1213