# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number:    2012 CV 6676

Malibu Media, LLC, Plaintiff,

v.

John Does 1-49, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

John Doe No. 35

| | |
|---|---|
| NAME (Type or print) <br> Alan Garrow | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Alan Garrow | |
| FIRM Nealis & Garrow, P.C. | |
| STREET ADDRESS 510 South Batavia Ave | |
| CITY/STATE/ZIP Batavia, IL 60510 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6198651 | TELEPHONE NUMBER 630-879-1213 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Yes | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") No | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Yes | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Yes | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL           APPOINTED COUNSEL | |