**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2012 C 6676 |
| | ) | |
| JOHN DOES 1-49, | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that on October 25, 2012, we electronically filed with the U.S. District Court Clerk for the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois the attached Appearance on behalf of the Defendant John Doe No. 35.

/s/ Alan L. Garrow

**CERTIFICATE OF SERVICE**

I, Alan Garrow, an attorney, hereby certify that on October 25, 2012, I provided service to the parties by efiling.

/s/Alan L. Garrow

Alan L. Garrow
Nealis & Garrow, P.C.
510 South Batavia Avenue
Batavia, IL  60510
630-879-1213