# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Malibu Media, LLC

        Plaintiff,

v.               Case No.: 1:12–cv–06676
               Honorable Robert M. Dow Jr.

John Does 1–49

        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, October 29, 2012:

  MINUTE entry before Honorable Robert M. Dow, Jr: Motion by Doe 1 to quash subpoena and vacate order granting leave to serve third party subpoenas [12] and motion by Doe 34 to dismiss or sever and quash subpoena [14], and motion by Doe 35 to sever and dismiss and quash subpoena [16] are taken under advisement. Plaintiff is given until 11/16/2012 to respond to all three motions; Defendants are given until 11/30/2012 to reply. All further discovery in this case is stayed as to all Defendants pending disposition of the pending motions. Notice of motion date of 10/30/2012 is stricken and no appearances are necessary on that date. Mailed notice(tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.