<u>CERTIFICATE OF SERVICE</u>

I, the undersigned attorney, certify that on October 30, 2012 I electronically filed the foregoing **Appearance** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all entitled to notice.

                                           <u>/s/Mary K. Schulz</u>
                                              Mary K. Schulz