**CASES HOLDING JOINDER PROPER IN BITTORRENT ACTIONS**

### California

Patrick Collins, Inc. v. Does 1-2,590, C 11-2766 MEJ, 2011 WL 4407172 (N.D. Cal. Sept. 22, 2011)

Camelot Distribution Group v. Does 1 through 1210, 2:11-CV-02432 GEB, 2011 WL 4455249 (E.D. Cal. Sept. 23, 2011)

MCGIP, LLC v. Does 1-30, C11-03680 HRL, 2011 WL 3501720 (N.D. Cal. Aug. 10, 2011)

Hard Drive Productions, Inc. v. Does 1-84, C11-03648 HRL, 2011 WL 3443948 (N.D. Cal. Aug. 5, 2011)

Pac. Century Int'l, Ltd. v. Does 1-48, C 11-3823 MEJ, 2011 WL 4725243 (N.D. Cal. Oct. 7, 2011)

Liberty Media Holdings, LLC v. Does 1-62, 11-CV-575-MMA NLS, 2012 WL 628309 (S.D. Cal. Feb. 24, 2012)

Malibu Media, LLC v. John Does 1-25, 12-CV-0362-LAB DHB, 2012 WL 2326043 (S.D. Cal. June 19, 2012)

Malibu Media, LLC v. Does 1-59, 1CV12-0888 AWI DLB, 2012 WL 4465359 (E.D. Cal. 2012)

### Colorado

Patrick Collins, Inc. v. John Does 1-33, 11-CV-02163-CMA-MJW, 2012 WL 415424 (D. Colo. Feb. 8, 2012)

Patrick Collins, Inc. v. John Does 1-15, 11-CV-02164-CMA-MJW, 2012 WL 415436 (D. Colo. Feb. 8, 2012)

Malibu Media v. John Does 1-6, 12-CV-00845-MSK-MEH, 2012 WL 3590906 (D. Colo. 2012)

Malibu Media, LLC v. John Does 1-21, 12-CV-00835-REB-MEH, 2012 WL 3590902 (D. Colo. 2012)

### Florida

Nu Image, Inc. v. Does 1-3,932, 2:11-CV-545-FTM-29, 2012 WL 646070 (M.D. Fla. Feb. 28, 2012)

K-Beech, Inc. v. Does 1-57, 2:11-CV-358-FTM-36, 2011 WL 5597303 (M.D. Fla. Nov. 1, 2011) report and recommendation adopted, 2:11-CV-00358-FTM-36, 2011 WL 5597293 (M.D. Fla. Nov. 17, 2011)

Malibu Media, LLC v. John Does 1-35, 2:12-CV-00178-FTM-UA, 2012 WL 4604544 (M.D. Fla. 2012)

# EXHIBIT A

Malibu Media LLC v. John Does 1-25, 2:12-CV-266-FTM-29, 2012 WL 3941770 (M.D. Fla. 2012)

**Illinois**

Hard Drive Productions, Inc. v. Does 1-55, 11 C 2798, 2011 WL 4889094 (N.D. Ill. Oct. 12, 2011)

MGCIP v. Does 1-316, 10 C 6677, 2011 WL 2292958 (N.D. Ill. June 9, 2011)

Pac. Century Int'l v. Does 1-31, 11 C 9064, 2012 WL 2129003 (N.D. Ill. June 12, 2012)

First Time Videos, LLC v. Does 1–76, 276 F.R.D. 254, 257 (N.D.Ill. Aug.16, 2011)

First Time Videos, LLC v. Does 1–500, 276 F.R.D. 241, 252 (N.D.Ill. Aug.9, 2011)

Hard Drive Prods., Inc. v. Does 1–44, No. 11–2828, at 3 (N.D.Ill. Aug. 9, 2011)

Sunlust Pictures, LLC v. Does 1-75, 12 C 1546, 2012 WL 3717768 (N.D. Ill. 2012)

Patrick Collins, Inc. v. John Does 1-9, 12-CV-3161, 2012 WL 4321718 (C.D. Ill. 2012)

**Maryland**

Patrick Collins, Inc. v. Does 1-39, 12-CV-00096-AW, 2012 WL 1432224 (D. Md. Apr. 24, 2012)

K-Beech, Inc. v. Does 1-31, 12-CV-00088-AW, 2012 WL 1431652 (D. Md. Apr. 24, 2012)

Third Degree Films, Inc. v. Does 1-118, 11-CV-03006-AW, 2011 WL 6837774 (D. Md. Dec. 28, 2011)

**Massachusettes**

Liberty Media Holdings, LLC v. Swarm Sharing Hash File AE340D0560129AFEE8D78CE07F23 94C7B5BC9C05, 821 F. Supp. 2d 444, 451 (D. Mass. 2011)

**Michigan**

Patrick Collins, Inc. v. John Does 1-21, CIV.A. 11-15232, 2012 WL 1190840 (E.D. Mich. Apr. 5, 2012)

Third Degree Films v. Does 1-36, 11-CV-15200, 2012 WL 2522151 (E.D. Mich. May 29, 2012)

**New York**

Digital Sin, Inc. v. Does 1-176, 12-CV-00126 AJN, 2012 WL 263491 (S.D.N.Y. Jan. 30, 2012)

DigiProtect USA Corp. v. Does, 10 CIV. 8760 PAC, 2011 WL 4444666 (S.D.N.Y. Sept. 26, 2011)

Patrick Collins v. John Does 1-9, 11-cv-01269 (S.D.N.Y. 2011)

Malibu Media, LLC v. John Does 1-13, CV 12-1156 JFB ETB, 2012 WL 2325588 (E.D.N.Y. June 19, 2012)

Malibu Media, LLC v. John Does 1-5, 12 CIV. 2954 NRB, 2012 WL 3641291 (S.D.N.Y. Aug. 24, 2012)

John Wiley & Sons, Inc. v. Doe Nos. 1-44, 12 CIV. 1568 WHP, 2012 WL 3597075 (S.D.N.Y. 2012)

### Pennsylvania

Raw Films, Ltd. v. John Does 1-15, CIV.A. 11-7248, 2012 WL 1019067 (E.D. Pa. Mar. 26, 2012)

Malibu Media, LLC v. John Does 1-15, CIV.A. 12-2077, 2012 WL 3517374 (E.D. Pa. 2012)

Patrick Collins Inc. v. John Does 1-18, 2:11-cv-07252-MSG (E.D. Pa. May 7, 2012)

Malibu Media, LLC v. John Does 1-18, 2:12-cv-02095-LDD (E.D. Pa. Aug. 6, 2012)

Malibu Media, LLC v. John Does 1-22, 2:12-cv-02083-CDJ (E.D. Pa. July 30, 2012)

### Texas

Hard Drive Productions, Inc. v. Does 1-59, CIV.A. H-12-0699, 2012 WL 1096117 (S.D. Tex. Mar. 30, 2012)

### Washington D.C.

Nu Image, Inc. v. Does 1-23,322, 799 F. Supp. 2d 34 (D.D.C. 2011)

West Coast Productions, Inc. v. Does 1-5829, 275 F.R.D. 9 (D.D.C. 2011)

Call of the Wild v. Does 1-331, 274 F.R.D. 334 (D.D.C. 2011)

Maverick Entm't Group, Inc. v. Does 1-2,115, 810 F. Supp. 2d 1 (D.D.C. 2011)

Voltage Pictures, LLC v. Does 1-5000, 79 Fed.R.Serv.3d 891 (D.D.C. 2011)

AF Holdings LLC v. Does 1-1,058, 83 Fed. R. Serv. 3d 10 (D.D.C. 2012)