# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 6676 | **DATE** | 11/28/2012 |
| **CASE TITLE** | MALIBU MEDIA, LLC vs. JOHN DOES 1-49 | | |

**DOCKET ENTRY TEXT**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff voluntarily dismisses [30] Defendant **John Doe 5** with prejudice.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff voluntarily dismisses [31] Defendant **John Doe 43** with prejudice

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|