**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Case No. <u>1:12-cv-06676</u> |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOES 1-49, | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————————— | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOES 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16,**
<u>**17, 18, 19, 20, 21, 22, 23, 24, 25, 27, 28, 30, 32, 33, 36, 37, 38, 40, 41, 42, 45, 46, 47, 48 & 49**</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16,  17, 18, 19, 20, 21, 22, 23, 24, 25, 27, 28, 30, 32, 33, 36, 37, 38, 40, 41, 42, 45, 46, 47, 48 & 49 ("Defendants") from this action <u>without prejudice</u>. Defendants were assigned the IP addresses 24.1.22.218, 24.12.120.108, 24.12.210.180, 24.13.155.115, 24.13.196.232, 24.13.41.131, 24.13.42.36, 24.13.60.247, 24.14.190.232, 24.14.191.77, 24+. 14.34.61, 24.15.159.29, 24.15.184.118, 24.15.190.131, 50.140.163.192, 50.140.171.33, 67.162.55.224, 67.163.4.217, 67.167.217.218, 67,167.236.39, 67.175.219.135, 67.177.177.50, 67.184.2.222, 67.184.221.195, 67.184.82.158, 69.136.4.150, 71.194.120.150, 71.201.18.96, 71.239.166.203, 71.239.8.198, 76.16.193.141, 76.29.126.43, 76.29.22.195, 98.220.232.135, 98.227.200.237, 98.253.108.28, 98.253.111.81 and 69.47.22.190, respectively.  For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: July 26, 2013

Respectfully submitted,

SCHULZ LAW, P.C.

By: /s/ *Mary K. Schulz*
Mary K. Schulz, Esq.
1144 E. State Street, Suite A260
Geneva, Il 60134
Tel:  (224) 535-9510
Fax:  (224) 535-9501
Email:  schulzlaw@me.com
*Attorneys for Plaintif*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Mary K. Schulz*