IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLIONOIS

| | |
|---|---|
| Malibu Media, LLC | CASE No. 1:12-cv-06676 |
|     Plaintiff, | |
| vs. | Judge: Honorable Robert M Dow, Jr |
| John Does 1-49, | MOTION FOR A PROTECTIVE ORDER |
|     Defendants. | |

## DEFENDANT JOHN DOE #29's
## MOTION FOR A PROTECTIVE ORDER

NOW COMES the Defendant, John Doe No. 29, as his Motion for a Protective Order states as follows:

### BACKGROUND

The Plaintiff is a producer and purveyor of pornographic movies. The Plaintiff alleges the John Doe Defendants 1-49 illegally downloaded a pornographic movie in violation of the Plaintiff's copyright. The Plaintiff does not know the identity of the alleged infringers. Instead, the Plaintiff has identified a series of Internet Protocol (IP) addresses assigned to certain Comcast subscribers that purportedly accessed the copyrighted material from that IP address.

Plaintiff filed a motion for early discovery seeking leave to subpoena the Internet Service Provider (Comcast) to obtain identifying information for several IP addresses. The Plaintiff then issued a Rule 45 Subpoena to Comcast, seeking the IP address information. Comcast, in turn, notified the IP subscribers of the pending subpoena.

or identifying subscriber information.

On August 26, 2013, John Doe Defendant No. 29 made multiple attempts to contact counsel for Malibu Media, LLC by telephone, including Mary Schultz at 224-535-9510 and Paul Nicoletti at 248-203-7800. Mr. Nicoletti's telephone rang without being answered and with no option to leave a message.

## CONCLUSION

Accordingly, John Doe Defendant No. 29 respectfully requests this Court grant this Motion for a Protective Order to prevent the disclosure of any private or identifying subscriber information, and for any other relief the Court deems just and proper.

Respectfully submitted,

*John Doe # 29*
Pro se
*67.184.40.62*
case06676johndoe29@gmail.com

## CERTIFICATE OF SERVICE

And I hereby certify that on September_9th_, 2013, I faxed and mailed a copy of this document by United States Postal Service to the following participant:

Law Offices of Nicoletti & Associates, LLC
36880 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304he

Comcast Corporation
Legal Demands Center
650 Centerton Road
Moorestown, NJ 08057

Truly,
John Doe #29